UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

JAMES WHITE                                                               PLAINTIFF

v.                                         CIVIL ACTION NO. 3:09CV-P842-H

BRECKINRIDGE COUNTY, KENTUCKY *et al.*             DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that this action is **DISMISSED** for failure to prosecute.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:       Plaintiff, *pro se*
           Counsel of record
4412.008